Case: 1:12-cr-00040-SSB Doc #: 20 Filed: 12/15/14 Page: 1 of 1 PAGEID #: 78

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ainsley McArthur<br><br>Date of Original Judgment: 03-12-2013<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No: 1:12-CR-40<br>)<br>)   USM No: 71409-061<br>)<br>)<br>)   Gordon G. Hobson, Esq.<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**   **X GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **70 months**  months **is reduced to**  **57 months**  .

*(Complete Parts I and II of Page 2 when motion is granted)*




Except as otherwise provided, all provisions of the judgment dated  03-12-2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   Dec. 15, 2014

*Judge's signature*

Effective Date:   November 1, 2015            Sandra S. Beckwith, Senior U.S. District Judge
*(if different from order date)*                         *Printed name and title*